JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEBRA SULLIVAN, | ) | No. CV 18-4622 AB (FFMx) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| FORD MOTOR COMPANY et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice and that defendant Ford Motor Company recover its costs of suit.

DATED: December 26, 2019

_____
ANDRÉ BIROTTE, JR.
UNITED STATES DISTRICT JUDGE